AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  BASSLER, WILLIAM G | 2. Court or Organization  N.J. DISTRICT COURT | 3. Date of Report  9/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S.D.J.-SENIOR STATUS | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☐ Annual ☒ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 8/31/2006 |
| 7. Chambers or Office Address  U.S. COURTHOUSE & FEDERAL BLDG P.O. BOX 999 NEWARK, NEW JERSEY, 07101-0999 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2006 SEP 20 A 10: 57
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | SETON HALL LAW SCHOOL | $ 6000.00 |
| 2. 2005 | RUTGERS LAW SCHOOL | $ 5,992.00 |
| 3. 2006 | FORDHAM LAW SCHOOL | $ 6,000.00 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. PRACTICING LAW INSTITUTE | SAN FRANCISCO CA. JULY 13, 2005 MARKMAN HEARING SEMINAR (MEALS, HOTEL & TRANSPORTATION) |
| 2. NEW YORK INTELLECTUAL PROPERTY BAR | WALDORF ASTORIA, NYC MARCH 24, 2006 (MEALS AND LODGING) |
| 3. PRACTICING LAW INSTITUTE | NEW YORK CITY, JULY 26, 2006 MARKMAN HEARINGS SEMINAR (MEALS, HOTEL, TRANSPORTATION) |
| 4. UNIVERSITY OF VIRGINIA LAW SCHOOL MOOT COURT CHARLOTTESVILLE, VA | MAY 28, - 29, 2005 (MEALS, HOTEL AND TRANSPORTATION) |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BASSLER, WILLIAM G | 9/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. MEMBERSHIP FEE (SEE SECT. VIII) | AM. COLL. TRUST/ESTATE COUNSEL | $ 250.0 |
| 2. N.J. DISTRICT COURT HISTORICAL SOCIETY | SUBSCRIPTION TO N.J. PAC (RETIREMENT GIFT) | $ 500.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BASSLER, WILLIAM G | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CMA ACCOUNT MERRILL LYNCH | A | Interest | J | T | | | | | |
| 2. UBS FINANCIAL SERVICES (IRA) | D | Interest | M | T | | | | | |
| 3. UBS BANK USA DEPOSIT ACCT. | | | | | | | | | |
| 4. - LEGG MASON PARTNERS AGRESSIVE GROWTH FUND CLASS A | | | | | | | | | |
| 5. -LEGG MASON PARTNERS FUNDEMENTAL VALUE FUND CLASS C | | | | | | | | | |
| 6. -LEGG MASON PARTNERS LARGE CAP GROWTH FUND CLASS C | | | | | | | | | |
| 7. -LEGG MASON PARTNERS MID CAP CORE FUND CLASS C | | | | | | | | | |
| 8. VALLEY NATIONAL BANK FORMERLY SOVREIGN BANK | A | Interest | J | T | | | | | |
| 9. MERRILL LYNCH (IRA) | A | Dividend/Int | K | T | | | | | |
| 10. -MERRILL LYNCH BANK USA RASP | | | | | | | | | |
| 11. -AMERICAN BALANCED FUND | | | | | | | | | |
| 12. -CALAMOS CONVERTIBLE GROWTH & INCOME FUND | | | | | | | | | |
| 13. MERRILL LYNCH IRA(s) | A | Dividend | K | T | | | | | |
| 14. ML BANK USA RASP | | | | | | | | | |
| 15. -AMERICAN BALANCED FUND | | | | | | | | | |
| 16. CALAMOS CONVERTIBLE GROWTH & INCOME FUND | | | | | | | | | |
| 17. -UBS FINANCIAL SERVICES INC. | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BASSLER, WILLIAM G | 9/12/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| RESOURCE MANAGEMENT ACCOUNT . | | | | | | | | | |
| 18. -RMA N.J. MUNI MNY FUND. | A | | J | T | | | | | |
| 19. -ELN | | None | J | T | | | | | |
| 20. -PFE | A | Dividend | J | T | | | | | |
| 21. -WMB . | | None | J | T | | | | | |
| 22. -AMGN | | None | J | T | | | | | |
| 23. -C | A | Dividend | | | | | | | |
| 24. -G.E. | | None | | | | | | | |
| 25. SHREWSBURY BANK CORP | A | Interest | J | T | | | | | |
| 26. COMMERCE BANK . | A | Interest | J | T | | | | | |
| 27. WESTERN RESERVE LIFE INS. | | None | J | T | | | | | |
| 28. SMITH BARNEY FINANCIAL MANAGEMENT | A | Dividend | J | T | | | | | |
| 29. UBS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SECTION V: MEMBERSHIP FEE WAIVED UNDER DESIGNATION: JUDICIAL CATEGORY

SECTION VII: INVESTMENTS AND TRUSTS

The assets in the Smith Barney IRA rrflected in items 2, 3, 4, 5, 6 and 7 of the 5/6/2005 Report were withdrawn from the Smith Barney IRA and rolled over and transferred to UBS Financial Services Inc. accounts as reflected in this report on or about November 1, 2005.

The Salomon Smith Barney Financial Management Account Money Funds reflected in items 16, 17, 19, 20, 21, 22, 26 along with any other funds were transferred to UBS Fionancial Services Inc. Resource Management Account reflected in items 17-24 of this report.

| Name of Person Reporting | Date of Report |
|---|---|
| BASSLER, WILLIAM G | 9/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████  Date _Sept. 19, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544